UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| D. JAMES HADEL, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>WILLIS ROOF CONSULTING, INC., *et al.*,<br><br>        Defendants. | Case No.: 2:06-cv-01032-RLH-RJJ<br><br>**SUPPLEMENTAL O R D E R**<br><br>(Motion to Consolidate–#266) |

      Earlier today, February 7, 2011, the Court inadvertently issued an order (#275) on Defendants' **Motion to Consolidate** (#266) before Defendants had the opportunity to file a reply. Defendants have now filed a reply (#276). The Court has considered Defendants reply and finds no reason to change its previous order (#275). Moreover, it appears from the reply that one of Defendants' purposes in seeking to consolidate the cases was to avoid Plaintiffs' efforts to remand the Second Lawsuit. A desire to avoid remand is not a proper basis on which to consolidate.

      Accordingly, and for good cause appearing,

      IT IS HEREBY ORDERED that the Court's Order (#275), entered on February 7, 2011, is the correct and final order for Defendants' Motion to Consolidate (#266).

Dated: February 7, 2011

_____
ROGER L. HUNT
Chief United States District Judge

AO 72
(Rev. 8/82)

1